**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| EATON CORPORATION ) | CASE NUMBER: 1:20-cv-00893-DCN |
| ) | |
| Plaintiff ) | |
| ) | JUDGE DONALD C. NUGENT |
| v. ) | |
| ) | |
| ANGSTROM AUTOMOTIVE GROUP, ) | |
| LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO WHICH TO RESPOND TO THE COMPLAINT

Defendants Angstrom Automotive Group, LLC and Wrena, LLC, pursuant to Rule 12 of the Federal Rules of Civil Procedure, respectfully move the Court for an additional twenty-eight days (28) until and including June 24, 2020 in which to answer or otherwise respond to the Complaint. This action was commenced on April 24, 2020 and Defendants were served on or about May 4, 2020. Ohio counsel has just been retained and requires additional time in which to prepare the proper responsive pleadings. Counsel for Plaintiff has been consulted and has no objection to and consents to the requested extension of time. This is the first such requested extension and is not interposed for the purpose of delay.

Respectfully submitted,

*/s/ Lawrence D. Pollack*
Steven S. Kaufman (0016662)
Lawrence D. Pollack (0042477)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7000
Fax: (216) 583-7001
skaufman@ulmer.com
lpollack@ulmer.com

*Counsel for Defendants Angstrom Automotive Group, LLC and Wrena, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2020, the foregoing Defendants' Unopposed Motion for Additional Time to Which to Respond to the Complaint was filed electronically. Notice of this filing will be sent to all parties registered to receive electronic notices through the Court's CM/ECF system. Parties may access this filing through the Court's PACER system.

>
> */s/ Lawrence D. Pollack*
> One of the Attorneys for Defendants Angstrom
> Automotive Group, LLC and Wrena, LLC

2639462