IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EATON CORPORATION, | ) | Case No.: 1:20-cv-893 |
| | ) | |
| *Plaintiff/Counter- Defendant,* | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| ANGSTROM AUTOMOTIVE GROUP, LLC | ) | |
| AND WRENA, LLC, | ) | **VERDICT FORM NO. 1** |
| | ) | |
| *Defendants/Counter- Plaintiffs.* | ) | |
| | ) | |
| | ) | |

**Count I for Breach of Contract Against Angstrom Automotive Group, LLC**

We, the Jury in this case, hereby find as to Eaton Corporation's claim against Angstrom Automotive Group, LLC for breach of contract:

CHECK ONE:

____✓____ For Eaton Corporation.        _____ For Angstrom Automotive Group, LLC.

All jurors must agree, and each must sign his or her name:

1. [redacted]                                6. [redacted]

2. [redacted]                                7. [redacted]

3. [redacted]                                8. [redacted]

4. [redacted]                                9. [redacted]

5. [redacted]                                10. [redacted]

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| EATON CORPORATION, | ) Case No.: 1:20-cv-893 |
| *Plaintiff/Counter- Defendant,* | ) |
| | ) JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) |
| ANGSTROM AUTOMOTIVE GROUP, LLC AND WRENA, LLC, | ) |
| | ) **VERDICT FORM NO. 2** |
| *Defendants/Counter- Plaintiffs.* | ) |

**Count II for Breach of Contract Against Wrena, LLC**

We, the Jury in this case, hereby find as to Eaton Corporation's claim against Wrena, LLC for breach of contract:

CHECK ONE:

\_\_\_✓\_\_\_For Eaton Corporation.    _____For Wrena, LLC.

All jurors must agree, and each must sign his or her name:

1. [redacted]
2. [redacted]
3. [redacted]
4. [redacted]
5. [redacted]
6. [redacted]
7. [redacted]
8. [redacted]
9. [redacted]
10. [redacted]

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EATON CORPORATION, | ) | Case No.: 1:20-cv-893 |
| *Plaintiff/Counter- Defendant,* | ) ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| ANGSTROM AUTOMOTIVE GROUP, LLC AND WRENA, LLC, | ) ) ) | **VERDICT FORM NO. 3** |
| *Defendants/Counter- Plaintiffs.* | ) ) ) ) | |

**Count III for Breach of Express Warranty Against Angstrom Automotive Group, LLC and Wrena, LLC**

We, the Jury in this case, hereby find as to Eaton Corporation's claim against Angstrom Automotive Group, LLC and Wrena, LLC for breach of express warranty:

CHECK ONE:

\_\_\_✓\_\_\_ For Eaton Corporation.     _____ For Angstrom Automotive Group, LLC and Wrena, LLC.

All jurors must agree, and each must sign his or her name:

1. [redacted]

2. [redacted]

3. [redacted]

4. [redacted]

5. [redacted]

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EATON CORPORATION, | ) | Case No.: 1:20-cv-893 |
| *Plaintiff/Counter- Defendant,* | ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| ANGSTROM AUTOMOTIVE GROUP, LLC AND WRENA, LLC, | ) ) ) | **VERDICT FORM NO. 4** |
| *Defendants/Counter- Plaintiffs.* | ) ) ) | |

**Count IV for Breach of Warranty of Merchantability Against Angstrom Automotive Group, LLC and Wrena, LLC**

We, the Jury in this case, hereby find as to Eaton Corporation's claim against Angstrom Automotive Group, LLC and Wrena, LLC for breach of warranty of merchantability:

CHECK ONE:

____✓____ For Eaton Corporation.      _____ For Angstrom Automotive Group, LLC and Wrena, LLC.

All jurors must agree, and each must sign his or her name:

1. ▮
2. ▮
3. ▮
4. ▮
5. ▮

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EATON CORPORATION, | ) | Case No.: 1:20-cv-893 |
| *Plaintiff/Counter- Defendant,* | ) ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| ANGSTROM AUTOMOTIVE GROUP, LLC AND WRENA, LLC, | ) ) ) | **VERDICT FORM NO. 5** |
| *Defendants/Counter- Plaintiffs.* | ) ) ) | |

**Count I for Fraudulent Inducement Against Eaton Corporation**

We, the Jury in this case, hereby find as to Angstrom Automotive Group, LLC's claim against Eaton Corporation for fraudulent inducement:

CHECK ONE:

\_\_\_✓\_\_\_For Eaton Corporation.         _____For Angstrom Automotive Group, LLC.

All jurors must agree, and each must sign his or her name:

1. ███████████████
2. ███████████████
3. ███████████████
4. ███████████████
5. ███████████████

If you answered in favor of Angstrom Automotive Group, LLC on Count I, proceed to Verdict Form No. 6.

If you answered in favor of Eaton Corporation, skip to Verdict Form No. 7.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EATON CORPORATION, | ) | Case No.: 1:20-cv-893 |
| | ) | |
| *Plaintiff/Counter- Defendant,* | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| ANGSTROM AUTOMOTIVE GROUP, LLC AND WRENA, LLC, | ) | **VERDICT FORM NO. 6** |
| | ) | |
| *Defendants/Counter- Plaintiffs.* | ) | |
| | ) | |
| | ) | |

**Count II For Breach of Contract Against Eaton Corporation**

We, the Jury in this case, hereby find as to Angstrom Automotive Group, LLC's claim against Eaton Corporation for breach of the 2016 Agreement exclusivity requirements:

CHECK ONE:

_____For Eaton Corporation.          _____For Angstrom Automotive Group, LLC.

All jurors must agree, and each must sign his or her name:

1. _____          6. _____

2. _____          7. _____

3. _____          8. _____

4. _____          9. _____

5. _____          10. _____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| EATON CORPORATION, | ) Case No.: 1:20-cv-893 |
| *Plaintiff/Counter- Defendant,* | ) JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) |
| ANGSTROM AUTOMOTIVE GROUP, LLC AND WRENA, LLC, | ) **VERDICT FORM NO. 8** |
| *Defendants/Counter- Plaintiffs.* | ) |

**Damages for Angstrom Automotive Group, LLC and Wrena, LLC**

We, the Jury in this action, find that Angstrom Automotive Group, LLC and Wrena, LLC has proven they are entitled to damages by a preponderance of the evidence:

CHECK ONE:

_____ Yes    ✓_____ No

If you checked "Yes," the amount is $ █████████

1. █████████
2. █████████
3. █████████
4. █████████
5. █████████

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| EATON CORPORATION, | ) Case No.: 1:20-cv-893 |
| *Plaintiff/Counter- Defendant,* | ) JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) |
| ANGSTROM AUTOMOTIVE GROUP, LLC AND WRENA, LLC, | ) **VERDICT FORM NO. 7** |
| *Defendants/Counter- Plaintiffs.* | ) |

**Damages for Eaton Corporation**

We, the Jury in this action, find that Eaton Corporation has proven it is entitled to damages by a preponderance of the evidence:

CHECK ONE:

____✓____ Yes          _____ No

If you checked "Yes," the amount is $ 30,000,000

1. ███
2. ███
3. ███
4. ███
5. ███