UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

EATON CORPORATION, ) Case No. : 1:20-CV-893
)
    Plaintiff, )
)
v. ) <u>ORDER</u>
)
)
ANGSTROM AUTOMOTIVE GROUP, )
LLC, *et al* )
)
    Defendants. )
)

    The Clerk of Court shall provide the jurors' lunches during deliberations at the Court's expense.

    IT IS SO ORDERED.

                                                   BRIDGET MEEHAN BRENNAN
                                                   UNITED STATES DISTRIC JUDGE

June 13, 2024