UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EATON CORPORATION, | ) | CASE NO. 1:20-cv-893 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| ANGSTROM AUTOMOTIVE GROUP, | ) | **JUDGMENT ENTRY** |
| LLC, and WRENA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

The above-captioned case came before this Court for a trial by jury. The issues before the Court were duly tried, and the duly sworn jury rendered its unanimous verdicts in favor of Plaintiff Eaton Corporation on its complaint and against Defendants Angstrom Automotive Group, LLC and Wrena, LLC on their counterclaims. (Doc. No. 175.)

It is hereby ORDERED that judgment is entered in favor of Eaton Corporation on Count 1 (Breach of Contract by Angstrom Automotive Group, LLC), Count 2 (Breach of Contract by Wrena, LLC), Count 3 (Breach of Express Warranty by both Defendants), and Count 4 (Breach of Implied Warranty of Merchantability by both Defendants), with damages awarded in the amount of $30 million.

It is hereby further ORDERED that judgment is entered against Defendants on their remaining counterclaims, those being Counterclaim 1 (Fraudulent Inducement) and Counterclaim 2 (Breach of Contract by Eaton Corporation).

The Court enters Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Date: June 17, 2024

/s/ Bridget Meehan Brennan
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE